[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 11-11762
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
NOVEMBER 8, 2011
JOHN LEY
CLERK

D.C. Docket No. 1:09-cv-03375-WCO

CALLIE SMITH,

Plaintiff-Appellant,

versus

SAXON MORTGAGE,
DEUTSCHE BANK NATIONAL TRUST COMPANY,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(November 8, 2011)

Before TJOFLAT, CARNES, and BLACK, Circuit Judges.

PER CURIAM:

Callie Smith appeals the district court's grant of summary judgment in favor of Saxon Mortgage Services, Inc. and Deutsche Bank National Trust Company. Smith argues the district court erred by (1) finding the Security Deed granted Mortgage Electronic Registration Systems, Inc. (MERS) the power of sale and the authority to assign the security deed, and (2) concluding the notice of foreclosure sent to Smith by Saxon complied with the requirements of O.C.G.A. § 44-14-162.2. We have thoroughly reviewed the record and the briefs in this case and find no merit to any of Smith's issues on appeal. We affirm for the reasons set forth in the magistrate judge's Report and Recommendation dated February 9, 2011, and the district court's order dated March 16, 2011.

**AFFIRMED.**